# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138641

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SCHAFER CONSTRUCTION, INC.,
   Plaintiff/Counter-Defendant-
   Appellee,

and

STANDARD ELECTRIC COMPANY,
   Intervening Plaintiff-Appellee,

v

RBBC INVESTMENTS, LLC, a/k/a RBBC
ENTERPRISES, LLC,
   Defendant/Cross-Defendant,

BM INVESTMENTS, LLC,
   Defendant/Counter-Plaintiff/Cross-
   Defendant,

HAMILTON FAMILY LIMITED
PARTNERSHIP,
   Defendant-Appellant,

DEXTERITY CONSTRUCTION COMPANY,
INC. and PREMIER TITLE, INC.,
   Defendants,

MJR MECHANICAL, INC. and DESIGN
COMFORT COMPANY, INC.,
   Defendants/Counter-
   Plaintiffs/Cross-Plaintiffs-Appellees,

and

S&G ERECTORS, INC. and POURED BRICKED
WALLS, INC.,
   Defendants/Counter-
   Plaintiffs/Cross-Plaintiffs.

SC: 138641
COA: 279910
Livingston CC: 05-021240-CZ

_____/

On order of the Court, the application for leave to appeal the March 3, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk

s0720